# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CONNIE WENDT, Derivatively on Behalf of OPKO HEALTH, INC., | |
| Plaintiff, | Case No. 1:18-cv-25485-KMW-EGT |
| v. | |
| PHILLIP FROST, JANE H. HSIAO, STEVEN D. RUBIN, JUAN F. RODRIGUEZ, ADAM E. LOGAL, JOHN A. PAGANELLI, RICHARD C. PFENNIGER, JR., RICHARD M. KRASNO, RICHARD A. LERNER, ALICE LIN-TSING YU, ROBERT S. FISHEL, ROBERT A. BARON, and FROST GAMMA INVESTMENTS TRUST, | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants, | |
| and | |
| OPKO HEALTH, INC., | |
| Nominal Defendant. | |

NOTICE IS HEREBY GIVEN that, Connie Wendt ("Plaintiff"), derivatively on behalf of Opko Health, Inc. ("Opko"), hereby voluntarily dismisses, with prejudice, all claims and causes of action against all defendants in this action, in light of the Order and Final Judgment entered in the consolidated derivative action captioned *In re Opko Health, Inc. Derivative Action*, C.A. No. 2018-0740-SG (Del. Ch.) (the "Delaware Action"), filed on November 2, 2020 (Dkt. No. 141), with each party to bear their own expenses, costs and fees.

Plaintiff respectfully submits that the notice provisions in the Stipulation and Agreement of Compromise, Settlement and Release in the Delaware Action, filed on August 17, 2020 (Dkt. No. 122, and the form of notice attached thereto as Exhibit C (Dkt. No. 125), provided sufficient

notice to shareholders of the "bar, by the doctrine of *res judicata* and otherwise" of all claims raised in this action, making voluntary dismissal with prejudice on the claims in this action appropriate.

Dated:  December 17, 2020

Respectfully submitted,

**KOMLOSSY LAW, P.A.**
By:  */s/ Emily C. Komlossy*
Emily Komlossy (FBN 7714)
4700 Sheridan Street, Suite J
Hollywood, FL 33021
Telephone: (954) 842-2021
Facsimile: (954) 416-6223
eck@komlossylaw.com

*Liaison Counsel for Plaintiff*

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel
David J. Stone
Marion C. Passmore
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone:  212-308-5858
eagel@bespc.com
stone@bespc.com
passmore@bespc.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2020, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF which in turn served electronically all counsel of record.

*/s/ Emily C. Komlossy*
Emily C. Komlossy